ROCKWOOD, Respondent, v. NEW YORK CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth De-

partment. June 12, 1907.) Action by Martin D. Rockwood, as, etc., against the New York Contracting Company and another. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs, changing the venue to New York county, upon condition that the appellant stipulate that the action be given the peremptory preference provided by section 793 of the Code of Civil Procedure.